

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00163-CR

Robin Jo **COCHRAN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CR10705
Honorable Miguel Najera, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, this appeal is DISMISSED. The mandate shall issue immediately.

SIGNED July 17, 2024.

_____
Lori I. Valenzuela, Justice